IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA  RECEIVED

Jeremy Williams 259450
Full name and prison number
Of Plaintiff(s)

2021 FEB -2  A 10: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CIVIL ACTION NO. 2:21-cv-94-WHA-SRW
(To be supplied by Clerk of
U.S. District Court)

Sgt B. Moore
Sgt Ray
Lt Bright
Lt Mile
Lt Brown

Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court )if federal court, name the district; if state court, name the county) _____

1

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Limestone Corr Fac 28779 Nick Davis Rd Harvest Al 35749
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. Lt. mile                         Limestone Corr officer
2. Lt LJ                            ↓
3. Lt Brown
4. Capt Pickens
5. Lt Bright
6. Sgt B moore / Sgt Ray

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED December 30st and 31st 2020

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Transpoler officer mr Harris and Another officer Don't know which one was tested Postive For Covid 19

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

At 2:00 pm on or what the 30th day of December 2020 the following occured. I Jeremy Williams # 259450 Transferred from easterling and the Tranporter officer m® Harris and another officer was tested postive for COVID 19 we was on the van with him I Also Had to

GROUND TWO: Officer Had me In Handcuff for 24 Hours sleeping while Handcuff on, on the floor.

SUPPORTING FACTS: On 30th Day December 2020 I Jeremy Williams 259450 Came to Limestone me and 4 other guys while waiting for the Intial Entake process, I Jeremy Williams was Treated like a animal or worser. I was placed In a Holding room for some hours, was served cold food. when I left the Holding room to another room in C-Block still Handcuff waiting on a open cell

GROUND THREE: In Handcuff from December 30, 2020 to the December 31st 9:45 pm when They found me A Cell to go In.

SUPPORTING FACTS: LT Bright from receiving never Had a open Cell for us. Now while waiting we were handcuff 24 Hours Vidate the 8th Amendment Cruel and unusal punishemnt while In the holing room 3rd shift came on and we was given a mat, But still Handcuff. I Try to go to sleep, my Handcuff was so tight officer Moore came In 3rd shift in on-tighten them, my wrist was swaloon, Red Brued I Had gotten A Body Chart for my wrist and neck, Due to I was In a car werck Broken my C-spine In 3 places

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Money, 1 Million Dollar for my Pain & Suffering Due to my violate my 8th Amendment cruel and unusal punishment. Thanks) My Mandtory Release Date 03/5/2021 A early Release

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 21st 2021.
                    (Date)

_____
Signature of plaintiff(s)

4

Jeremy Williams #259450
D-61 cell
Limestone Correctional Facility
28779 Nick Davis Rd
Harvest, Al 35749



This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
Middle District of Alabama
One Church Street - 110
P.O Box 711
Montgomery, Al. 36104-4018