Jeremy williams

on or about The 30th day of December 2020 [28th FEB]
The following occurred: I Jeremy williams # 259450 Transferred
From Easterling with the Transport officer who name is mr Harris
and Don't know the other name But one of them was
Tested postive for Coivid 19, and we Drove from easterling
corr, fac to Limestone corr, fac The nurse ms Ludier
Had Inform me on 1-6-2021 when the nurse ms Ludier
put me In the guys came with me on quartine for 14 Days
From 1-6-2021 until 1-20-2021. While at Limestone corr fac
me and Four other Inmate while waiting For the Intial
Intake process, I Jeremy williams was Treated like a Animal
or worser. I was placed In a holding room for some hours
was Also Served cold Food once I left The Holding room
They sent me and Four other guys to C-Block where we
was placed In Another holding room Handcuff, while
waiting on a open cell. LT Bright From receiving never
Had a open cell for us. Now while waiting we were
Handcuff 24 Hours !! violate the 8th Amendment
Cruel and unusal Punishment. while In the
holding room 3rd shift Had to un-loose my Handcuff
officer Moore my wrist was Swallon, red, Brused I Had
Request A Body chart By The nurse, we were Also given A
mat, But still Handcuff and shackle, I Try to go to sleep
But being That I was still Handcuff it was The Hardest
Time of my Life tossing, Truning while still handcuff.
Trying my Best to go to sleep But it Didn't Happen my neck was
Hurting so Bad Due to car werck Broken C-spine 3 places Had A Halo for 6 months

1st 2nd 3rd shift Supervisor and Subject officer Did nothing to help our situation, Please Check Into This plus help me take legal Action Behind This misconduct.

Date January 21st 2021

Signature Jeremy Williams
AIS 259450